BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, CA 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOVERIA ARZADON,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION<br>    Defendants. | Case No.  C 07 2667 JCS<br><br>**CORRECTED PROOF OF SERVICE OF:**<br><br>1.  NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441(b) AND 1446 (FEDERAL QUESTION)<br><br>2.  NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL<br><br>3.  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>4.  NOTICE OF RULE DISCONTINUING SERVICE BY MAIL<br><br>5.  CASE MANAGEMENT ORDER<br><br>6.  STANDING ORDER FOR MAGISTRATE JUDGE SPERO<br><br>7.  STANDING ORDER FOR ALL JUDGES<br><br>8.  WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO (GUIDELINES)<br><br>9. ECF REGISTRATION INFORMATION HANDOUT |

_____
**CORRECTED PROOF OF SERVICE OF NOTICE OF REMOVAL AND OTHER DOCUMENTS**   1

PROOF OF SERVICE

I am over the age of 18 and not a party to this action.   My business address is Law Offices of Barbara Cray, 303 Twin Dolphin Dr., 6th Floor, Redwood Shores, California 94065.

On June __, 2007 I served a copy of the following document(s)

1.  NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441(b) AND 1446 (FEDERAL QUESTION)

2.  NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3.  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

4.  NOTICE OF RULE DISCONTINUING SERVICE BY MAIL

5.  CASE MANAGEMENT ORDER

6.  STANDING ORDER FOR MAGISTRATE JUDGE SPERO

7.  STANDING ORDER FOR ALL JUDGES

8.  WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO (GUIDELINES)

9.  ECF REGISTRATION INFORMATION HANDOUT

**by mail-by placing a true copy of each document in the United States mail, place of deposit San Carlos, California 94070, in a sealed envelope(s), with postage thereon fully paid, as follows:**

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925


**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 1st day of June, 2007 at San Carlos, California.**

                                         /s/ Barbara Cray
                                         Barbara Cray

---

**CORRECTED PROOF OF SERVICE OF NOTICE OF REMOVAL AND OTHER DOCUMENTS**    2