PROOF OF SERVICE

I am over the age of 18 and not a party to this action.  My business address is Law Offices of Barbara Cray, 303 Twin Dolphin Dr., 6th Floor, Redwood Shores, California 94065.

On June <u>4</u>, 2007 I served a copy of the following document(s)

**1. ANSWER OF WELLS FARGO BANK, N.A. TO SECOND AMENDED COMPLAINT FOR VIOLATION OF FEDERAL AND STATE LAW REGULATING CONSUMER DEBT COLLECTION**

**by mail-by placing a true copy of each document in the United States mail, place of deposit San Carlos, California 94070, in a sealed envelope(s), with postage thereon fully paid, as follows:**

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this <u>4th</u> day of June, 2007 at San Carlos, California.**

                                      <u>/s/ Barbara Cray</u>
                                      **Barbara Cray**