**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

June 15, 2007

**SECOND NOTICE**

Irving L. Berg                          Barbara Cray
The Berg Law Firm                       Law Offices of Barbara Cray
145 Town Center, No. 493                303 Twin Dolphin Dr., 6th Floor
Corte Madera, CA 94925                  Redwood City, CA 94065

**Re:    GLORIA ARZADON  v. WELLS FARGO BANK**
         C07-02667 (JCS)

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **June 29, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                    Sincerely,

                    RICHARD W. WIEKING

                    By: Karen L. Hom
                        Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA ARZADON,                              No.  C 07-02667 JCS

          Plaintiff(s),          **CONSENT TO PROCEED BEFORE A**
                                        **UNITED STATES MAGISTRATE JUDGE**

    v.

WELLS FARGO BANK, ET AL.,

          Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                                        Signature

                                                        Counsel for _____
                                                        (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7    GLORIA ARZADON,                          No. C 07-02667 JCS
8              Plaintiff(s),
                                              **DECLINATION TO PROCEED BEFORE**
9         v.                                  **A MAGISTRATE JUDGE**
                                              **AND**
10   WELLS FARGO BANK, ET AL.,                **REQUEST FOR REASSIGNMENT TO A**
                                              **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).
12   _____/
13
14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15        The undersigned party in the above-captioned civil matter hereby declines to consent to the
16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17   requests the reassignment of this case to a United States District Judge.
18
19
20   Dated: _____          _____
21                                           Signature
22                                           Counsel for _____
23                                           (Name or party or indicate "pro se")
24
25
26
27
28