1  Mark E. Ellis – 127159
   Andrew M. Steinheimer – 200524
2  ELLIS, COLEMAN, POIRIER, LAVOIE, &
   STEINHEIMER, LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant VAN RU CREDIT CORPORATION
6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   GLORIA ARZADON, an individual,        CASE NO.:   C-07-02667 JCS
11                                                   C 07-02868 JSW
           Plaintiff,
12                                        EX PARTE APPLICATION TO HAVE
   v.                                     CASES DEEMED RELATED
13
   WELLS FARGO BANK, NA., dba WELLS
14 FARGO CARD SERVICES, CANDY DOE, an
   individual, VAN RU CREDIT CORPORATION,
15 DOES 1 THROUGH 10, et al.,

16         Defendants.

17

18         By this Ex Parte Application, defendant Van Ru Credit Corporation hereby requests that this

19 Court order the cases of <u>Arzadon v. Wells Fargo Bank, et al.</u> filed as case numbers C-07-02868 JSW

20 and C-07-02667 JCS be deemed related. The actions should be related as they are actually the same

21 case but were accidentally removed twice from state court. Once the cases are deemed related,

22 defendant will move to have the cases consolidated or to have one of the duplicative cases dismissed.

23         These actions were originally filed as <u>one case</u> in San Francisco County Superior Court – SF

24 Superior Court case no. 07-460636. On May 21, 2007, defendant Wells Fargo Bank removed the state

25 court action to the United States District Court for the Northern District of California. The case was

26 assigned case number 07-02667 JCS.

27         Unaware of the earlier removal to federal court, defendant Van Ru Credit Corporation also

28 filed a notice of removal on June 1, 2007 and *again* removed the case to the United States District

- 1 -

EX PARTE APPLICATION TO HAVE CASES DEEMED RELATED

1  Court for the Northern District of California.  The case was assigned case number C-07-02868 SI.
2  Subsequently Judge Illston recused herself from this case and it was assigned to Judge White.
3　　　As there are now two cases pending in federal court that are actually the same case, defendant
4  requests that the cases by related so one Judge can handle both cases and make an appropriate decision
5  about consolidating the cases or dismissing one of the duplicative cases.
6　　　Respectfully submitted.
7  Dated: June 18, 2007

           ELLIS, COLEMAN, POIRIER, LAVOIE, &
             STEINHEIMER LLP

           By  _____
             Andrew M. Steinheimer
             Attorneys for Defendant
             VAN RU CREDIT CORPORATION

EX PARTE APPLICATION TO HAVE CASES DEEMED RELATED