BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, CA 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ARZADON,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION<br>        Defendants. | Case No.  C 07 2667 JCS<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 5, 2007                              LAW OFFICES OF BARBARA CRAY

                                                               /S/ Barbara Cray
                                                               Attorneys for Defendant WELLS FARGO BANK, N.A.