1    Irving L. Berg (SBN 36273)
     THE BERG LAW GROUP
2    145 Town Center, PMB 493
     Corte Madera, California 94925
3    (415) 924-0742
     (415) 891-8208 (Fax)
4    irvberg@comcast.net (e-mail)

5    Susanne B. Berg (SBN 236468)
     177 Post Street, Suite 600
6    San Francisco, CA 94108
     (415) 217-0000
7    (415) 738-2302 (Fax)
     berglaw@gmail.com (e-mail)

8
     ATTORNEY FOR PLAINTIFF
9

10                          U. S. DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14   GLORIA ARZADON,  an individual,        Case No.:  07-2667 JCS

15                          Plaintiff,       **MOTION FOR ADMINISTRATIVE
     v.                                      RELIEF**
16
     WELLS FARGO BANK, N.A., dba WELLS       **REQUEST TO CONTINUE INITIAL CASE
17   FARGO CARD SERVICES, CANDY DOE,         MANAGEMENT CONFERENCE**
     an individual, VAN RU CREDIT
18   CORPORATION, DOES 1 THROUGH 10,         Date of CMC: August 24, 2007
                                             Time:       1:30
19                          Defendant.       Location:   Ctrm A, 15th Flr, San Francisco
     _____/       Judge:      Joseph C. Spero
20

21        Plaintiff asks that the Case Management Conference set for August 24, 2007, at 1:30

22   p.m., before Judge Spero be continued to Friday, October 19, 2007, at 1:30 p.m..

23        The reason for this continuance request is that the Plaintiff has filed a Chapter 7

24   bankruptcy, this lawsuit is listed as exempt from the bankruptcy, and the determination of

25   exemption will not be made until September 7, 2007.

26        Plaintiff does not believe there is any basis for objections to the exemption, and

27   anticipates the lawsuit, claimed as exempt, will be set aside as exempt under 11 U.S.C. § 522(l).

28        In a telephone call to counsel for Defendant Bank, no opposition to the motion was

1   stated.  Counsel for Defendant Van Ru has not responded to my voicemail request for a

2   stipulation to the motion.  See Declaration of Berg, filed concurrently.

3           WHEREFORE, Plaintiff requests an order continuing the Case Management Conference

4   be to October 19, 2007, and that the requirements under F. R. Civ. Proc. 26(f); ADR; Civil L. R.

5   3-5, 16-8, 9; and F. R. Civ. Proc. 26(a)(1) shall be met by September 19, 2007.

6   Dated:  __8/1/07_____                              ____/s/_____

7                                                     Irving L. Berg
                                                      Susanne B. Berg
8                                                     THE BERG LAW GROUP
                                                      145 Town Center, No. 493
9                                                     Corte Madera, California 94925
                                                      (415) 924-0742
10                                                    (415) 891-8208 (Fax)

11                                                    ATTORNEY FOR PLAINTIFF

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28