1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  Susanne B. Berg (SBN 236468)
   177 Post Street, Suite 600
6  San Francisco, CA 94108
   (415) 217-0000
7  (415) 738-2302 (Fax)
   berglaw@gmail.com (e-mail)

8
   ATTORNEY FOR PLAINTIFF
9

10                         U. S. DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  GLORIA ARZADON,  an individual,          Case No.:   07-2667 JCS

15             Plaintiff,                     **DECLARATION OF IRVING L. BERG IN
    v.                                        SUPPORT OF MOTION FOR
16                                            ADMINISTRATIVE RELIEF: REQUEST
    WELLS FARGO BANK, N.A., dba WELLS         TO CONTINUE INITIAL CASE
17  FARGO CARD SERVICES, CANDY DOE,           MANAGEMENT CONFERENCE**
    an individual, VAN RU CREDIT
18  CORPORATION, DOES 1 THROUGH 10,           Date of CMC: August 24, 2007
                                              Time:          1:30
19             Defendant.                     Location:      Ctrm A, 15th Flr, San Francisco
    _____ /          Judge:         Joseph C. Spero
20

21       I, Irving L. Berg, declare under penalty of perjury, as provided for by the laws of the

22  United States, 28 U.S.C. § 1746, that the following statements are true:

23       1.      I telephoned defense counsel for Wells Fargo Bank and Van Ru Credit

24  Corporation to ascertain whether they would object or stipulate to a continuance of the Case

25  Management Conference.

26       2.      The counsel for Wells Fargo responded that she had no objection to the motion.

27       3.      I received no response from defense counsel for Van Ru.

28

DECLARATION OF IRVING L. BERG                         ARZADON V. WELLS FARGO, et al.
                                         1            U. S. DIST. CT. CASE NO. 07-2667

1      I declare under penalty of perjury that the foregoing statements are true and correct and

2  that this Declaration was executed at Corte Madera, California.

3

4  Dated: August 1, 2007                                          /s/
                                                            Irving L. Berg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF IRVING L. BERG                        ARZADON V. WELLS FARGO, et al.
                                          2          U. S. DIST. CT. CASE NO. 07-2667