Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

Susanne B. Berg (SBN 236468)
177 Post Street, Suite 600
San Francisco, CA 94108
(415) 217-0000
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEY FOR PLAINTIFF

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ARZADON, an individual, | Case No.: 07-2667 JCS |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, | Date of CMC: August 24, 2007<br>Time: 1:30<br>Location: Ctrm A, 15th Flr, San Francisco<br>Judge: Joseph C. Spero |
| Defendant. / | |

Good cause appearing, Plaintiff's Motion for Administrative Relief, Request to Continue Initial Case Management Conference, is granted. The case Management Conference previously set for August 24, 2007, at 1:30 is continued to October 19, 2007, at 1:30 p.m.

All pre-case management matters shall be concluded no later than September 19, 2007.

Dated:_____        _____
                               Joseph C. Spero, District Court Magistrate Judge