UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gloria Arzadon<br><br>        Plaintiff(s),<br><br>v.<br><br>Wells Fargo Bank, N.A., dba Wells Fargo Card Services, Candy Doe, Van Ru Credit Corporation<br>        Defendant(s). | No.   C 07-2667 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br>AND WITHDRAW DECLINATION OF UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 7, 2007

Andrew M. Steinheimer
_____
Signature

Counsel for Defendant Van Ru Credit Corp
(Plaintiff, Defendant or indicate "pro se")

NDC-07