BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, CA 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA ARZADON, | ) | Case No.  C 07 2868 JCS |
|  | ) |  |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEYS** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| WELLS FARGO BANK, N.A., dba WELLS | ) |  |
| FARGO CARD SERVICES, CANDY DOE, | ) |  |
| an individual, VAN RU CREDIT | ) |  |
| CORPORATION | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

TO THE COURT AND ALL ATTORNEYS OF RECORD HEREIN:

Defendant Van Ru Credit Corporation hereby substitutes the Law Offices of Barbara Cray, 303 Twin Dolphin Dr., 6th Floor, Redwood Shores, Ca 94065 (phone: (650) 654-2720; fax: (650) 654-2727; e-mail: craylaw@comcast.net) as its counsel of record in the above-entitled action, and in the related action of Arzadon v. Wells Fargo Bank, N.A. et al., Case No. C 07 2667, in the place and stead of Ellis Coleman Poirier La Voie & Steinheimer, LLP.

I consent to this substitution.

September 26, 2007                    s/s Lawrence Lasky_____
                                      VAN RU CREDIT CORPORATION
                                      By: Lawrence Lasky_____
                                      Its: General Counsel_____

_____
**SUBSTITUTION OF ATTORNEYS**                                                                 1

I consent to this substitution.

September 26, 2007          ELLIS COLEMAN POIRIER LA VOIE & STEINHEIMER

                            By: s/s Andrew Steinheimer
                                Andrew Steinheimer

I consent to this substitution.

September 26, 2007          LAW OFFICES OF BARBARA CRAY

                            Barbara Cray
                            Barbara Cray