United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ARZADON, | Case No. C-07-02667 JCS |
| Plaintiff(s), | Related Case No. C-07-02868 JCS |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| WELLS FARGO BANK, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **October 19, 2007,**

IT IS HEREBY ORDERED THAT:

1. The related case, C-07-02868 JCS (*Gloria Arzadon v. Wells Fargo Bank*), is dismissed without prejudice.

2. This case shall be referred to the Court's ADR Program for mediation, to occur within ninety (90) days. The parties shall notify the Court if this case settles at the mediation.

3. The answer filed by Defendant Van Ru Credit in Case No. C-07-02868 JCS is deemed as filed in this case. Ms. Cray shall electronically file Defendant Van Ru's answer in Case No. C-07-02667 JCS.

4. Parties shall complete the exchange of documents. No depositions may be taken until the next case management conference.

5. An updated joint case management conference statement is due by **January 11, 2008.**

6. A further case management conference is set for **January 18, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 23, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge