# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Arzadon,<br><br>               Plaintiff(s),<br><br>   v.<br><br>Wells Fargo Bank, N.A.,<br><br>               Defendant(s). | 07-02667 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

      **Carol Webster Millie**
      Corporate Advisory Law Group
      40 Main St.
      Los Altos, CA 94022
      650-947-9199
      cmillie@adviselaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02667 JCS MED                 - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: October 25, 2007

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov