Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ARZADON, an individual, | Case No.: 07-2667 JCS |
| Plaintiff, | NOTICE OF WITHDRAWAL OF ATTORNEY |
| v. | |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, | |
| Defendant. / | |

PLEASE TAKE NOTICE that Susanne B. Berg hereby withdraws as co-counsel in this case.

Dated:  December 21, 2007           /s/
                                    Susanne B. Berg
                                    THE BERG LAW GROUP

                                    ATTORNEYS FOR PLAINTIFF