**FILED**

JAN 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| Arzadon, | No. C 07-02667 JCS MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Wells Fargo Bank, N.A., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _1-9-08_

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: _1-9-08_          _[signature]_
**Mediator, Carol Webster Millie**
Corporate Advisory Law Group
40 Main St.
Los Altos, CA 94022

**Certification of ADR Session**
07-02667 JCS MED