1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ARZADON, an individual, | Case No.: 07-2667 JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff GLORIA ARZADON ("Plaintiff") on the one hand, and Defendants WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION (collectively, "Defendants"), on the other hand, through their respective counsel of record, that the action against Defendants, and each of them, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees. Dismissal is made as allowed by Rule 41(a)(1)(ii).

/ / /
/ / /
/ / /
/ /
/ /
/ / /

GLORIA ARZADON

Dated: 1/12/08

_____//s_____
by:  Irving L. Berg
THE BERG LAW GROUP
Attorney for Plaintiff

WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION

Dated: 1/14/08

_____/s/_____
by: Barbara Cray, Esq.
LAW OFFICES OF BARBARA CRAY
Attorney for Defendants