1   Irving L. Berg (SBN 36273)
    THE BERG LAW GROUP
2   145 Town Center, PMB 493
    Corte Madera, California 94925
3   (415) 924-0742
    (415) 891-8208 (Fax)
4   irvberg@comcast.net (e-mail)

5   ATTORNEY FOR PLAINTIFF

6

7                        U. S. DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11  GLORIA ARZADON,  an individual,        Case No.:  07-2667 JCS

12              Plaintiff,                  **NOTICE OF DISMISSAL OF DEFENDANT**
    v.                                      **CANDY DOE**

13  WELLS FARGO BANK, N.A., dba WELLS
    FARGO CARD SERVICES, CANDY DOE,
14  an individual, VAN RU CREDIT
    CORPORATION, DOES 1 THROUGH 10,
15
                Defendant.
16  _____/

17          The Defendant, Candy Doe, has not been served in this action, and has not filed an

18  answer or motion for summary judgment.

19          Therefore, Plaintiff dismisses this action with prejudice as to Candy Doe, pursuant to

20  Rule 41 of the Federal Rules of Civil Procedure.

21

22

23  Dated:_____1/17/08_____        _____/s/_____
                                             by:  Irving L. Berg
24                                           THE BERG LAW GROUP
                                             Attorney for Plaintiff
25

26

27

28

NOTICE OF DISMISSAL OF CANDY DOE            ARZADON V. WELLS FARGO, et al.
                            1               U. S. DIST. CT. CASE NO. 07-2667