Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ARZADON,  an individual, | Case No.:  07-2667 JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff GLORIA ARZADON ("Plaintiff") on the one hand, and Defendants WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION (collectively, "Defendants"), on the other hand, through their respective counsel of record, that the action against Defendants, and each of them, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.  Dismissal is made as allowed by Rule 41(a)(1)(ii).

/ / /

/ / /

/ / /

/ /

/ /

/ / /

STIPULATION FOR DISMISSAL
WITH PREJUDICE

1

ARZADON V. WELLS FARGO, et al.
U. S. DIST. CT. CASE NO. 07-2667

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLORIA ARZADON

Dated: 1/12/08 _____                    _____//s_____
                                                  by:  Irving L. Berg
                                                  THE BERG LAW GROUP
                                                  Attorney for Plaintiff


                                                  WELLS FARGO BANK, N.A., dba WELLS
                                                  FARGO CARD SERVICES, CANDY DOE,
                                                  an individual, VAN RU CREDIT
                                                  CORPORATION

Dated: 1/14/08 _____                    _____/s/_____
                                                  by: Barbara Cray, Esq.
                                                  LAW OFFICES OF BARBARA CRAY
                                                  Attorney for Defendants

Dated:  January 22, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero